# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**GENERAL STAR INDEMNITY CO.,**          Case No. 3:13-CV-114

    Plaintiff,                                  **Judge Timothy S. Black**

**-vs-**

**SPRINGFIELD PROPERTIES, INC.,** *et al.*

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Defendant Springfield Properties' Motion to Dismiss General Star's Complaint for Declaratory Judgment (Doc. 8) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: 8/1/2013                                                **JOHN P. HEHMAN, CLERK**

                                                                     By: *s/ M. Rogers*
                                                                       Deputy Clerk